AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| Deborah Young, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. CV-09-3325 (JFB)(ARL) |
| Suffolk County, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

Defendant Joseph Quatela

Date:   10/06/2009

*Attorney's signature*

Scott E. Kossove (SK 9812)
*Printed name and bar number*

L'Abbate, Balkan, Colavita & Contini, L.L.P.
1001 Franklin Avenue
Garden City, New York 11530

*Address*

skossove@lbcclaw.com
*E-mail address*

(516) 294-8844
*Telephone number*

(516) 294-8202
*FAX number*