UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DEBORAH YOUNG, Individually and as the
Parent and natural guardian of MELISSA YOUNG,   Docket No. CV-09-3325
EMMALEE YOUNG and CECELIA YOUNG,                (JFB)(ARL)

                                            Plaintiffs,

                                                            **VERIFIED**
    -against-                                             **ANSWER TO**
                                                            **AMENDED VERIFIED**
SUFFOLK COUNTY; SUFFOLK COUNTY            **COMPLAINT**
DEPARTMENT OF SOCIAL SERVICES;
SUFFOLK COUNTY POLICE DEPARTMENT;
MICHAEL DELGADO; JOSEPH QUATELA;
EDMUND J. COPPA, Individually and EDMUND J.
COPPA PHOTOGRAPHY; RAYMOND L. YOUNG;
RAYMOND M YOUNG; NEWS 12; NEWSDAY,
NEW YORK POST; NEW YORK DAILY NEWS;
WCBSTV.COM,

                                           Defendants.
------------------------------------------------------------X

        Defendant, Joseph Quatela, by his attorneys, L'Abbate, Balkan, Colavita & Contini, L.L.P., as and for his answer to the amended verified complaint, alleges, upon information and belief, as follows:

## JURISDICTION

        1.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "1" of the amended verified complaint and refers all questions of law to this court.

        2.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs "2", "3", "4", "5", "6" and "7" of the amended verified

complaint.

3. Denies each and every allegation contained in paragraph "8" of the amended verified complaint, except admit that Raymond L. Young was a client of Quatela's Firm.

4. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs "9", "10", "11", "12", "13", "14", "15" and "16" of the amended verified complaint.

5. Denies each and every allegation contained in paragraph "17" of the amended verified complaint.

6. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs "18", "19" and "20" of the amended verified complaint.

7. Denies each and every allegation contained in paragraphs "21", "22", "23" and "24" of the amended verified complaint.

8. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs "25" and "26" of the amended verified complaint.

9. Denies each and every allegation contained in paragraphs "27", "28", "29" and "30" of the amended verified complaint.

10. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs "31" and "32" of the amended verified complaint.

11. Denies each and every allegation contained in paragraph "33" of the amended verified complaint.

12. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs "34", "35" and "36" of the amended verified complaint.

13. Denies each and every allegation contained in paragraph "37" of the amended verified complaint.

14. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs "38" and "39" of the amended verified complaint.

15. Denies each and every allegation contained in paragraphs "40" and "41" of the amended verified complaint.

## AS TO THE FIRST CLAIM

16. Repeats, reiterates and realleges each end every response applicable to the allegations set forth in paragraphs "1" through "42" of the amended verified complaint.

17. Denies each and every allegation contained in paragraphs "43", "44", "45", "46", "47", "48", "49", "50", "51" and "52" of the amended verified complaint.

## AS TO THE SECOND CLAIM

18. Repeats, reiterates and realleges each end every response applicable to the allegations set forth in paragraphs "1" through "53" of the amended verified complaint.

19. Denies each and every allegation contained in paragraphs "54", "55", "56" and "57" of the amended verified complaint.

## AS TO THE THIRD CLAIM

20. Repeats, reiterates and realleges each end every response applicable to the allegations set forth in paragraphs "1" through "58" of the amended verified complaint.

21. Denies each and every allegation contained in paragraphs "59", "60", "61" and "62" of the amended verified complaint.

## AS TO THE FOURTH CLAIM

22.     Repeats, reiterates and realleges each end every response applicable to the allegations set forth in paragraphs "1" through "63" of the amended verified complaint.

23.     Denies each and every allegation contained in paragraphs "64", "65" and "66" of the amended verified complaint.

## AS TO THE FIFTH CLAIM

24.     Repeats, reiterates and realleges each end every response applicable to the allegations set forth in paragraphs "1" through "67" of the amended verified complaint.

25.     Denies each and every allegation contained in paragraphs "68", "69", "70" and "71" of the amended verified complaint.

## AS TO THE SIXTH CLAIM

26.     Repeats, reiterates and realleges each end every response applicable to the allegations set forth in paragraphs "1" through "72" of the amended verified complaint.

27.     Denies each and every allegation contained in paragraphs "73", "74", "75", "76" and "77" of the amended verified complaint.

## AS TO THE SEVENTH CLAIM

28. Repeats, reiterates and realleges each end every response applicable to the allegations set forth in paragraphs "1" through "78" of the amended verified complaint.

29. Denies each and every allegation contained in paragraphs "79", "80", "81", "82" and "83" of the amended verified complaint.

## AS TO THE EIGHTH CLAIM

30. Repeats, reiterates and realleges each end every response applicable to the allegations set forth in paragraphs "1" through "84" of the amended verified complaint.

31. Denies each and every allegation contained in paragraph "85" of the amended verified complaint.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

32. If the plaintiffs have been damaged as alleged herein, which damages are expressly denied, then said damages were caused solely by the virtue of the conduct of others over whom the answering defendant exercised no control.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

33. Each and every claim alleged herein is barred because there is not sufficient privity between plaintiff and the answering defendant.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

34. The complaint and each and every claim alleged against the defendant fails to state any claim upon which relief can be granted.

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

35. If any damages have been sustained by plaintiffs, which damages are expressly denied, and all such damages will have been caused and/or brought about in whole or in part by the culpable conduct of the plaintiffs, and the recovery should be thereby diminished in the proportion to which plaintiffs' culpable conduct bears to the conduct which caused the alleged damages.

## AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

36. The answering defendant asserts a defense founded upon documentary evidence.

## AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

37. Plaintiffs' damages, if any, resulted from the intervening acts of third-parties not subject to the control or direction of the answering defendants.

## AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE

38. The answering defendant's communications are protected by a qualified and/or absolute privilege.

## AS AND FOR A EIGHTH AFFIRMATIVE DEFENSE

39. Plaintiffs may not maintain any of their alleged claims under the applicable doctrines of release, waiver and estoppel.

**WHEREFORE**, defendant Joseph Quatela demands judgment dismissing the amended verified complaint with prejudice, awarding the defendant the costs of this action, including attorney's fees, and awarding such other and further relief as this Court deems just and proper.

Dated:   Garden City, New York
         November 2, 2009

                                            Respectfully submitted,

                                            L'ABBATE, BALKAN, COLAVITA
                                            & CONTINI, L.L.P.

By: _____
                                            SCOTT E. KOSSOVE (SEK 9812)
                                            Attorneys for Defendant
                                            JOSEPH QUATELA
                                            1001 Franklin Avenue
                                            Garden City, New York  11530
                                            (516) 294-8844
                                            File No. : 169L-94779

To:   All Counsel via ECF

## VERIFICATION

STATE OF NEW YORK  )
                                      ) ss.:
COUNTY OF NASSAU  )

SCOTT E. KOSSOVE, being duly sworn, deposes and says:

Deponent is an attorney in the within action; deponent has read the foregoing Verified Answer to Amended Verified Complaint and knows the contents thereof; the same is true to deponent's own knowledge, except as to the matters therein stated to be alleged upon information and belief, and that as to those matters, deponent believes them to be true. This verification is made by the undersigned because defendant does not maintain its place of business in the county in which deponent's office is located.

_____
SCOTT E. KOSSOVE

Sworn to before me this
2nd day of November, 2009.

_____
NOTARY PUBLIC

ANNA M. LEDEE
Notary Public, State of New York
No. 01LE6088035
Qualified in Nassau County
Commission Expires March 03, 2011

9

## **CERTIFICATION OF SERVICE**

I hereby certify that Defendant Joseph Quatela's Verified Answer to Amended Verified Complaint was filed on this date to:

### ALL COUNSEL **VIA** ECF

L'ABBATE, BALKAN, COLAVITA & CONTINI, L.L.P.

By: _/s/ Scott E. Kossove_
SCOTT E. KOSSOVE (SEK 9812)
Attorneys for Defendant
JOSEPH QUATELA
1001 Franklin Avenue
Garden City, New York  11530
(516) 294-8844
File No. : 169L-94779

Dated: November 2, 2009