UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
DEBORAH YOUNG, Individually and as the parent
and natural guardian of MELISSA YOUNG,
EMMALEE YOUNG, and CECELIA YOUNG,

                      Plaintiffs,           Index No. 09-cv-3325 (JFB) (ARL)

    - against -

SUFFOLK COUNTY; SUFFOLK COUNTY
DEPARTMENT OF SOCIAL SERVICES;
SUFFOLK COUNTY POLICE DEPARTMENT;    **NOTICE OF MOTION**
MICHAEL DELGADO; JOSEPH QUATELA;    **TO DISMISS THE**
EDMUND J. COPPA, Individually and    **<u>AMENDED COMPLAINT</u>**
EDMUND J. COPPA PHOTOGRAPHY;
RAYMOND L. YOUNG; RAYMOND M.    ORAL ARGUMENT REQUESTED
YOUNG; NEWS 12; NEWSDAY; NEW YORK
POST; NEW YORK DAILY NEWS; and
WCBSTV.COM,

                      Defendants.
-------------------------------------------------------------------x

      PLEASE TAKE NOTICE that upon the accompanying memorandum of law and upon all prior pleadings and proceedings heretofore had herein, defendants Edmund J. Coppa,[1] News 12, Newsday, New York Post, New York Daily News, and CBS Broadcasting Inc., incorrectly sued here as WCBSTV.COM (together, the "Media Defendants") will move this Court before the Hon. Joseph F. Bianco, United States District Judge, in Courtroom 920, United States District Court for the Eastern District of New York, Long Island Courthouse, 100 Federal Plaza, Central Islip, New York, on January 29, 2010 at 11:00 a.m., or as soon thereafter as counsel can be heard, for an order dismissing the Amended Complaint in its entirety as against them, with prejudice, pursuant to Fed. R. Civ. P. 12(b)(6), and for such other and further relief as the Court

---

[1] The Amended Complaint also names Edmund J. Coppa Photography as a defendant, but there is no such entity.

deems just and appropriate.

Pursuant to the Order of the Court dated November 6, 2009, plaintiff's papers in opposition to this motion, if any, are due on or before January 6, 2010, and Media Defendants' reply papers, if any, are due on or before January 19, 2010.

Dated:   December 4, 2009

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Media Defendants*

By:     /s/ Laura R. Handman
Laura R. Handman (LH 5353)
Edward J. Davis (ED 1266)
1633 Broadway
27th Floor
New York, NY 10019-6708
(212) 489-8230
laurahandman@dwt.com
eddavis@dwt.com

TO:

Thomas F. Liotti, Esq.
LAW OFFICES OF THOMAS F. LIOTTI
600 Old Country Road
Suite 530
Garden City, NY 11530

*Attorneys for Plaintiff*

Arlene S. Zwilling, Esq.
SUFFOLK COUNTY ATTORNEY
H. Lee Dennison Building-Fifth Floor
P.O. Box 6100
100 Veterans Memorial Highway
Hauppauge, NY 11788-0099

*Attorneys for Defendants Suffolk County,*
*Suffolk County Department of Social Services*
*and Suffolk County Police Department*

DWT 13587862v1 3930033-000003

Scott E. Kossove, Esq.
L'ABBATE, BALKAN, COLAVITA & CONTIN, L.L.P.
1050 Franklin Avenue
Garden City, NY 11530
*Attorneys for Defendant Joseph Quatela*

Michael H. Joseph, Esq.
LAW OFFICE OF MICHAEL H. JOSEPH PLLC
184 Martine Avenue
White Plains, NY 10601

*Attorneys for Defendants Raymond L. Young
and Raymond M. Young*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2009, copies of the foregoing were served via the Court's ECF system upon the following:

Thomas F. Liotti, Esq.
Law Offices of Thomas F. Liotti
600 Old Country Road
Suite 530
Garden City, NY 11530
*Counsel for Plaintiff*

Scott E. Kossove, Esq.
L'Abbate, Balkan, Colavita & Contini, L.L.P.
1001 Franklin Avenue
Garden City, NY 11530
*Counsel for Joseph Quatela*

Michael H. Joseph, Esq.
Law Office of Michael H. Joseph PLLC
184 Martin Avenue
White Plains, NY 10601
*Counsel for Raymond L. Young and Raymond M. Young*

Arlene S. Zwilling, Esq.
Marilyn Rompel, Esq.
Sandra Liccardi, Esq.
Suffolk County Attorney
H. Lee Dennison Building-Fifth Floor
100 Veterans Memorial Highway
P.O. Box 6100
Hauppauge, NY 11788-5833
*Counsel for Suffolk County*

    s/ Laura R. Handman
    Laura R. Handman