UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
DEBORAH YOUNG, Individually and as the parent
and natural guardian of MELISSA YOUNG,
EMMALEE YOUNG, and CECELIA YOUNG,

                Plaintiffs,                Index No. 09-cv-3325 (JFB) (ARL)

    - against -

SUFFOLK COUNTY; SUFFOLK COUNTY
DEPARTMENT OF SOCIAL SERVICES;
SUFFOLK COUNTY POLICE DEPARTMENT;     **NOTICE OF APPEARANCE**
MICHAEL DELGADO; JOSEPH QUATELA;
EDMUND J. COPPA, Individually and
EDMUND J. COPPA PHOTOGRAPHY;
RAYMOND L. YOUNG; RAYMOND M.
YOUNG; NEWS 12; NEWSDAY; NEW YORK
POST; NEW YORK DAILY NEWS; and
WCBSTV.COM,

                Defendants.
-------------------------------------------------------------------x

       PLEASE TAKE NOTICE that Victor Hendrickson, Esq., of DAVIS WRIGHT TREMAINE LLP, hereby enters his appearance as counsel for defendants News 12 Company, d/b/a News 12 Long Island ("News 12"); Newsday LLC ("Newsday"); the New York Post; Daily News, L.P. ("Daily News"); CBS Broadcasting Inc., owner and operator of WCBS-TV ("WCBS"); Edmund J. Coppa; and Edmund J. Coppa Photography in the above-captioned action, and requests that notice of all matters arising herein, and all documents and papers in this case, be served on the undersigned attorney at the address stated below.

Dated: January 26, 2010

                        DAVIS WRIGHT TREMAINE LLP
*Attorneys for Defendants News 12, Newsday, New York Post, Daily News, WCBS, Edmund J. Coppa, and Edmund J. Coppa Photography*

                        By:    /s/ Victor Hendrickson
                        Victor Hendrickson
                        1633 Broadway, 27th Floor
                        New York, NY 10019-6708
                        (212) 489-8230
                        victorhendrickson@dwt.com