## CIVIL CAUSE FOR ORAL ARGUMENT
BEFORE JUDGE BIANCO

March 4, 2010                                              TIME:2:00 p.m.
                                          TIME IN COURT: 1 hr. and 2    min.

CASE NUMBER:  09-cv-03325
TITLE:         **Young v. Suffolk County**

PLTFFS ATTY:      **Thomas F. Liotti**                                        X present
              ____ not present

              **Lucia Maria Ciaravino**
     X present            ____ not present


DEFTS ATTY:      **Laura R. Handman**
       X present           ____ not present

              **Edward J. Davis**
              X present           ____ not present

              **Victor D. Hendrickson**
              X present           ____ not present

              **Arlene Zwilling**
              X present           ____ not present

              **Michael Joseph**
              X present           ____ not present

              **Scott Kossove**
              X present           ____ not present



FTR RECORDER:2:15-3:17            COURTROOM DEPUTY: Michele Savona

OTHER: _____

 X    CASE CALLED.

 X    CONF (HELD / ADJ'D / CONT'D TO_____)

 X    ARGUMENT HEARD / CONT'D TO_____.

 X    DECISION:   RESERVED.

**OTHER:** _____

       _____