## CERTIFICATION OF SERVICE

I hereby certify that Defendant Joseph Quatela's **NOTICE OF MOTION** was filed on this date upon:

### ALL COUNSEL VIA ECF

L'ABBATE, BALKAN, COLAVITA
& CONTINI, L.L.P.

By: _____
SCOTT E. KOSSOVE
Attorneys for Defendant
JOSEPH QUATELA
1001 Franklin Avenue
Garden City, New York  11530
(516) 294-8844
File No. : 169L-94779

Dated: April 20, 2010