UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DEBORAH YOUNG, Individually and as the
Parent and natural guardian of MELISSA
YOUNG, et al.,

                       Plaintiffs,                  **ORDER**
                                                                        CV 09-3325(JFB)(ARL)
        -against-

SUFFOLK COUNTY, et al.,

                       Defendants.
------------------------------------------------------------------X
**LINDSAY, Magistrate Judge:**

       Before the court is defendant Joseph Quatela's January 19, 2011 motion to compel plaintiffs to respond to his First Set of Interrogatories and Request for Production of Documents, dated September 1, 2010. In addition, defendant seeks a 120 day extension of the discovery deadlines and seeks reimbursement for all costs incurred in making the within application. By letter dated January 20, 2011, plaintiffs have indicated that they anticipate providing the outstanding discovery shortly. The plaintiffs are directed to respond to all outstanding discovery demands on or before February 4, 2011.

       Defendant's request for sanctions is denied. However, plaintiffs are warned that failure to comply with this order may result in the imposition of sanctions, including a recommendation that this case be dismissed for failure to prosecute.

       Defendant's request for an extension of the discovery deadlines, on consent, is granted. All discovery, inclusive of expert discovery, must be completed by June 28, 2011. Any party planning on making a dispositive motion shall take the first step in the motion process by July 18, 2011. A final conference will be held on August 1, 2011 at 11:00 a.m. The parties are directed to file a proposed joint pretrial order prior to the final conference.

Dated:  Central Islip, New York                          **SO ORDERED:**
         January 24, 2011

                                                              _____/s_____
                                                              ARLENE ROSARIO LINDSAY
                                                              United States Magistrate Judge